TODD L. BICE
State Bar No. 4534
TLB@pisanellibice.com
PISANELLI BICE, PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Telephone: 702.214.2100
Facsimile: 702.214.2101

JOHN E. FITZSIMMONS (Admitted *Pro Hac Vice*)
California Bar No. 182467
John.fitzsimmons@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619.699.2972
Facsimile: 619.699.2701

Attorneys for Defendant
Lake Mead Station, Inc. d/b/a
Fiesta Henderson Casino Hotel

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| George T. Bonnell, an individual;<br><br>  Plaintiff,<br><br>  v.<br><br>Lake Mead Station, Inc. d/b/a<br>Fiesta Henderson Casino Hotel, and<br>Does and Roes 1-50,<br><br>  Defendants. | CASE NO. 2:11-cv-01344-GMN-GWF |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff George T. Bonnell and Defendant Lake Mead Station, Inc., d/b/a Fiesta Henderson Casino Hotel, by and through

DLA Piper LLP (US)
San Diego

-1-

EAST\47184125.1

their respective counsel, hereby stipulate that the above-entitled matter be dismissed in its entirety, with prejudice. Each party will bear its own costs and attorneys' fees.

Dated this 5th day of December, 2011              Dated this 5th day of December, 2011

DLA PIPER LLP (US)                                NORMAN H. KIRSHMAN, PC

/s/ John E. Fitzsimmons                           /s/ Norman H. Kirshman
John E. Fitzsimmons, Esq.                         Norman H. Kirshman, Esq.
401 B Street, Suite 1700                          700 South Third Street
San Diego, CA 92101                               Las Vegas, NV 89101
Attorney for Defendant                            Attorney for Plaintiff
Lake Mead Station d/b/a Fiesta                    George T. Bonnell
Henderson Casino Hotel

**IT IS SO ORDERED** this 6th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge

EAST\47184125.1